UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF WALNUT CREEK, et al.,<br><br>        Defendants. | Case No. 20-cv-02721-PJH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Maxine M. Chesney for consideration of whether the case is related to Wilson v. Mount Diablo Unified School District/Special Education Local Plan Area (Diablo) et al., 20-cv-03368-MMC, and Wilson v. Mount Diablo Unified School District/Special Education Local Plan Area et al., 19-cv-03441-MMC.

**IT IS SO ORDERED.**

Dated: July 2, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge