UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF WALNUT CREEK, et al.,<br><br>    Defendants. | Case No. 20-cv-02721-PJH<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 12 |

On June 10, 2020, defendants filed a motion to dismiss plaintiff's complaint. Dkt. 12. The following day a clerk's notice was issued notifying the parties that the hearing on the motion to dismiss was vacated and that the motion would be taken under the submission on the papers. Dkt. 13. Plaintiff failed to timely file an opposition brief to the motion. Plaintiff subsequently filed a statement with the court that he intends to oppose the motion but considered the clerk's notice as prohibiting him from filing an opposition. Dkt. 18. The clerk's notice vacated the hearing on the motion to dismiss but required no other deviation from the Civil Local Rules.

However, given plaintiff's pro se status and in the interest of resolving the motion on the merits, the court sets the following briefing schedule. Plaintiff shall file an opposition or statement of non-opposition within seven days from the date on which this order is published.

/ / /

/ / /

/ / /

Defendants shall file any reply brief within seven days from the date on which plaintiff files his opposition or statement of non-opposition.

**IT IS SO ORDERED.**

Dated: July 8, 2020

                                        /s/ Phyllis J. Hamilton
                                        PHYLLIS J. HAMILTON
                                        United States District Judge