UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,

Plaintiff,

v.

CITY OF WALNUT CREEK, et al.,

Defendants.

Case No. 20-cv-02721-PJH

**ORDER RE: MOTION TO ADD DEFENDANTS**

Re: Dkt. No. 25

Before the court is plaintiff's motion to add new defendants. On April 20, 2020, plaintiff filed his initial complaint. Dkt. 1. Defendants filed a motion to dismiss the complaint on June 10, 2020. Dkt. 12. On July 13, 2020, plaintiff filed a First Amended Complaint ("FAC," Dkt. 24) and the pending motion to add new defendants.

Because the FAC would moot defendants' motion to dismiss, the court sets the following briefing schedule and terminates the motion to dismiss. Defendants shall file a responsive pleading or motion to dismiss the FAC on or before August 3, 2020, plaintiff shall file an opposition to any such motion on or before August 17, 2020, and defendants shall file a reply, if any, on or before August 24, 2020. Further, defendants shall file an opposition to plaintiff's motion to add new defendants on or before July 27, 2020 and plaintiff shall file a reply, if any, on or before August 3, 2020.

**IT IS SO ORDERED.**

Dated: July 20, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge