UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,

           Plaintiff,

    v.

CITY OF WALNUT CREEK, et al.,

           Defendants.

Case No.  20-cv-02721-PJH

**ORDER SETTING BRIEFING SCHEDULE**

Re: Dkt. No. 34

      Before the court is defendants' motion to dismiss.  Dkt. 34.  While the motion was pending, plaintiff filed an appeal, which has since been dismissed for lack of jurisdiction. Dkt. 44.  Accordingly, the court SETS the following briefing schedule.  Plaintiff shall file an opposition or statement of non-opposition on or before October 13, 2020 and defendants shall file a reply, if any, on or before October 20, 2020.  The matter will then be decided on the papers.

      **IT IS SO ORDERED.**

Dated: September 29, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California