UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,

Plaintiff,

v.

CITY OF WALNUT CREEK, et al.,

Defendants.

Case No. 20-cv-02721-PJH

**ORDER RE: EX PARTE APPLICATION**

Re: Dkt. No. 49

The court is in receipt of an ex parte application from plaintiff seeking to extend the deadline to file an opposition to defendants' motion to dismiss. Dkt. 49. On September 29, 2020, the court set a briefing schedule on defendant's motion to dismiss requiring plaintiff to file an opposition by October 13, 2020 and defendants to file a reply brief by October 20, 2020. Plaintiff has had ample time to file an opposition to defendants' motion to dismiss, which has been pending since August 3, 2020. Dkt. 34. Rather than filing an opposition, plaintiff has appealed the court's previous order and filed the present ex parte application. Nonetheless, because plaintiff is proceeding pro se, the court will extend plaintiff's deadline to file an opposition. Accordingly, the court SETS the following briefing schedule. Plaintiff shall file an opposition by October 21, 2020. Defendants may file a reply by October 28, 2020. No further extension shall be considered absent good cause.

**IT IS SO ORDERED.**

Dated: October 14, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge