UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,

    Plaintiff,

v.

CITY OF WALNUT CREEK, et al.,

    Defendants.

Case No. 20-cv-02721-PJH

**ORDER TO SHOW CAUSE**

Re: Dkt. No. 57

    Plaintiff in the above-titled matter has failed to file an amended complaint within the timeframe indicated by the court's prior order. Dkt. 57. Accordingly, the court hereby issues an **ORDER TO SHOW CAUSE** why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. If plaintiff fails to file an amended complaint on or before December 11, 2020, the case shall be dismissed for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: December 4, 2020

    /s/ Phyllis J. Hamilton
    PHYLLIS J. HAMILTON
    United States District Judge