UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GEARY WILSON,
    Plaintiff,

v.

CITY OF WALNUT CREEK, et al.,
    Defendants.

Case No. 20-cv-02721-PJH

**ORDER OF DISMISSAL**

This court previously issued an order to show cause why this case should not be dismissed for failure to prosecute. Dkt. 58. In particularly, the court ordered plaintiff to file an amended complaint on or before December 11, 2020. Plaintiff has not complied with this court's order and the deadline set in the order to show cause has passed. Accordingly, the court hereby DISMISSES the action with prejudice for failure to comply with this court's prior order to show cause and for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: December 21, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge