UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GEARY WILSON,<br>　　　　Plaintiff,<br>　　v.<br>CITY OF WALNUT CREEK, et al.,<br>　　　　Defendants. | Case No. 20-cv-02721-PJH<br><br>**JUDGMENT** |

　　The court having dismissed this case pursuant to Federal Rule of Civil Procedure 41(b),

　　it is Ordered and Adjudged

　　that plaintiff take nothing, and that the action be dismissed.

**IT IS SO ORDERED.**

Dated: December 21, 2020

　　　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　　　United States District Judge